**FILED**

AUG 17 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  COLIN M. SCOTT
   Certified Student, Misdemeanor Unit
4  501 "I" Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

2:10cr0345 GGH

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | VIOLATION: 18 U.S.C. § 641 - |
| ) | Theft of Government Property |
| Plaintiff,   ) | (1 Count) |
| ) | |
| v.   ) | |
| ) | |
| ROBERT G. LEE,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

# INFORMATION

COUNT ONE:   [18 U.S.C. § 641 - Theft of Government
                                  Property]

The United States Attorney charges:  T H A T

ROBERT G. LEE,

defendant herein, in the County of Sacramento, within the State and Eastern District of California, did knowingly steal, purloin, and convert to said defendant's use, to which he was not entitled, property of the United States, of a value not in excess of one thousand dollars ($1,000), to wit: the defendant falsely claimed he resided at a Marysville, California, address in order to receive Department of Veteran's Affairs travel reimbursement

1

1 | expenses, to which the defendant knew he was not entitled, all in
2 | violation of Title 18, United States Code, Section 641, a
3 | misdemeanor.

4 | DATED: August 17 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/
MATTHEW C. STEGMAN
Assistant U.S. Attorney

## PENALTY SLIP

**United States v. Robert G. Lee**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 641 - Theft of Government Property |
| MAXIMUM PENALTY: | Imprisonment for not more than one year or a fine of not more than $100,000.00, <u>or both</u>. |
| SUPERVISED RELEASE: | One year. |
| SPECIAL ASSESSMENT: | $25.00 |