Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
ETAN ZAITSU
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROBERT G. LEE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. 2:10-CR-00345-GGH |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO VACATE |
| v. | ) ) | AND CONTINUE THE CONFIRMATION HEARING AND TRIAL |
| ROBERT G. LEE, | ) ) | |
| Defendant. | ) ) | Date:  October 18, 2010 Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. GREGORY G. HOLLOWS |

The United States of America, by and through its counsel Matthew

Stegman, Assistant United States Attorney, together with defendant,

Robert G. Lee, by and through his counsel Linda Harter, Chief Assistant

Federal Defender, stipulate to vacate the Trial Confirmation Hearing

set for October 18, 2010 at 9:00 a.m. and the Jury Trial set for

November 1, 2010 at 9:00 a.m., and continue the proceedings to the

following dates:

Trial confirmation hearing:    January 10, 2011 at 9:00 a.m.

Jury trial date:              January 24, 2011 at 9:00 a.m.


   Continuance is requested because more preparation is needed by the defense. The parties further agree that time should be excluded from the date of this [Proposed] Order until Trial Confirmation Hearing which is set for January 10, 2010, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare).


Dated:  October 15, 2010        Respectfully submitted,


                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Linda C. Harter
                                LINDA C. HARTER
                                Chief Assistant Federal Defender
                                Attorney for Defendant
                                ROBERT G. LEE


Dated: October 15, 2010         BENJAMIN B. WAGNER
                                United States Attorney


                                /s/  Mathew C. Stegman
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney


                             ORDER

IT IS SO ORDERED.

Dated: October 18, 2010         /s/ Gregory G. Hollows
                                HON. GREGORY G. HOLLOWS
                                United States Magistrate Judge

lee0345.ord