1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   ETAN ZAITSU
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7

8  Attorney for Defendant
   ROBERT G. LEE
9

10

11                  IN THE UNITED STATES DISTRICT COURT

12               FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  UNITED STATES OF AMERICA,        )  No. 2:10-CR-00345-GGH
                                     )
16                 Plaintiff,        )
                                     )  STIPULATION AND ORDER TO VACATE
17       v.                          )  AND CONTINUE THE CONFIRMATION
                                     )  HEARING AND TRIAL
18  ROBERT G. LEE,                   )
                                     )
19                 Defendant.        )  Date:  January 24, 2010
                                     )  Time:  9:00 a.m.
20  _____ )  Judge: Hon. GREGORY G. HOLLOWS

21

22      The United States of America, by and through its counsel Matthew

23  Stegman, Assistant United States Attorney, together with defendant,

24  Robert G. Lee, by and through his counsel Linda Harter, Chief Assistant

25  Federal Defender, stipulate to vacate the Trial Confirmation Hearing

26  set for January 10, 2011 at 9:00 a.m. and the Jury Trial set for

27  January 24, at 9:00 a.m., and continue the proceedings to the following

28  dates:

1  Trial confirmation hearing:     February 14, 2011 at 9:00 a.m.

2  Jury trial date:                March 7, 2011 at 9:00 a.m.

3

4     Continuance is requested because more preparation is needed by the

5  defense. The parties further agree that time should be excluded from

6  the date of this [Proposed] Order until Trial Confirmation Hearing

7  which is set for February 14, 2011, pursuant to 18 U.S.C. Section §

8  3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare).

9

10  Dated:  January 5, 2011         Respectfully submitted,

11
                                   DANIEL J. BRODERICK
12                                 Federal Defender

13

14                                 /s/ Linda C. Harter
                                   LINDA C. HARTER
15                                 Chief Assistant Federal Defender
                                   Attorney for Defendant
16                                 ROBERT G. LEE

17

18  Dated: January 5, 2011         BENJAMIN B. WAGNER
                                   United States Attorney
19

20                                 /s/  Matthew C. Stegman
                                   MATTHEW C. STEGMAN
21                                 Assistant U.S. Attorney

22

23                          ORDER

24  IT IS SO ORDERED.

25
    Dated: January 6, 2011     /s/ Gregory G. Hollows
26                             _____

27                                 HON. GREGORY G. HOLLOWS
                                   United States Magistrate Judge
28
    lee345.eot

    Stipulation and [Proposed] Order   -2-