BENJAMIN B. WAGNER
United States Attorney
RACHANA SHAH
Special Assistant United States Attorney
COLIN M. SCOTT
Certified Law Clerk
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2739

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-00345 GGH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO VACATE TRIAL AND RESET FOR CHANGE OF PLEA |
| ROBERT G. LEE, | |
| Defendant. | Date:  March 7, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

It is hereby stipulated and agreed to between the United States of America through RACHANA SHAH, Special Assistant U.S. Attorney, and defendant, ROBERT G. LEE, by and through his counsel, LINDA HARTER, Chief Assistant Federal Defender, that the jury trial set for March 7, 2011 at 9:00 a.m. be vacated and set for a change of plea for the same date and time.  The parties agree that time may continue to be excluded through March 7, 2011, pursuant to Title 18, United States Code,

///

///

///

Section 3161(h)(8)(B)(iv), also known as Local Code T4, reasonable time to prepare.

Dated: March 2, 2011                BENJAMIN WAGNER
                                    United States Attorney

                                    /s/ Rachana Shah
                                    RACHANA SHAH
                                    Special Assistant U.S. Attorney
                                    Attorney for Plaintiff

Dated: March 1, 2011                Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Linda Harter
                                    LINDA HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    ROBERT G. LEE


**O R D E R**

**IT IS SO ORDERED.**


DATED: March 7, 2011.              /s/ Gregory G. Hollows
                                   _____
                                   GREGORY G. HOLLOWS
                                   United States Magistrate Judge


Vacate JT and Reset for COP         -2-